# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## AT NEW ALBANY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | 4:17-CR-00023-001-SEB |
| | ) | 4:19-CR-00030-001-SEB |
| CLIFTON JONES | ) | |
| Defendant | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

Clifton Jones has pled guilty to Conspiracy to Distribute Methamphetamine. Clifton freely admits his guilt and participation in these crimes.

Clifton is 33 years old. He has five children. Clifton appears to have had a normal childhood but, for whatever reason, he strayed into the criminal element. His home was not abusive, and he makes no claims that his conduct and behavior are the results of childhood trauma. He has taken the criminal route since he was young which, unfortunately, led to where he is today.

Clifton and the government have agreed that he would be sentenced to 25 years in the penitentiary, and Clifton hopes that the Court will accept that amount of time in sentencing him. This agreement was reached after extensive negotiations, including motions filed by Clifton contesting the wiretap and moving for suppression. However, Clifton realized the nature of the charges and the gravity of the situation, and realized that it was in his best interest to plead guilty. Working out a plea agreement allowed the government to refrain from further litigating this matter, including saving time in preparing for trial.

This is a substantial and significant amount of time. Based on his age, even if he receives

full credit and serves 85% of his time, he would be in his 50s when eligible for release. Based on the amount of time to serve, Clifton hopes to receive rehabilitation and vocational training so that he can be a productive citizen when he is ultimately released. Clifton offers no excuses to this Court for his behavior. He believes that the sentence agreed to in the plea agreement is fair, based on the criminal conduct which is before the Court.

This sentence would be in compliance with 18 U.S.C. § 3553(a) as being "sufficient, but not greater than necessary" to comply with the goals of sentencing.

Respectfully submitted,
/s/ Armand I. Judah
Armand I. Judah
Counsel for Defendant Jones
Lynch, Cox, Gilman & Goodman PSC
500 W. Jefferson Street, Suite 2100
Louisville, KY 40202
(502) 589-4215

**<u>CERTIFICATE OF SERVICE</u>**

This certifies that a true copy of the foregoing was filed electronically on the 15th day of May, 2020.

_/s/ Armand I. Judah__
Armand I. Judah